■ Gladys Theronier, Appellant, v Chemical Bank et al., Defendants, and Winston & Sherman, P. C., Respondent.— Judgment, Supreme Court, New York County (David Saxe, J.), entered on January 22, 1986, unanimously affirmed for the reasons stated by David Saxe, J., without costs and without disbursements. Concur—Murphy, P. J., Kupferman, Carro, Wallach and Smith, JJ.